IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 06-00317-04-CR-W-DW |
| ) | |
| v. ) | |
| ) | |
| EVGENY SERGEYEVICH FILIMONOV, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Missouri hereby dismisses without prejudice the charges in the above case against defendant Evgeny Sergeyevich Filimonov.

_/S/_
Cynthia L. Phillips
Assistant United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_/S/ DEAN WHIPPLE_
Hon. Dean Whipple
Chief United States District Court Judge

Date:   October 16, 2006